Jeremy S. Golden (SBN 228007)
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
jeremy@goldencardona.com
Phone: 619-476-0030; Fax: 775-898-5471
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH A. MARCHAND, an individual,<br><br>          Plaintiff<br><br>v.<br><br>CHASE BANK USA, N.A.; et al,<br><br>          Defendants. | Case No.: CV10-9805-DDP (JCx)<br><br>**Plaintiff's Notice and Motion to Dismiss Defendant's Counterclaim**<br><br>Date:   February 14, 2011<br>Time:   10:00 a.m.<br>Courtroom: 3 – 2nd Floor<br><br>**The Hon. Dean D. Pregerson** |

TO DEFENDANTSAND ITS ATTORNEYS OF RECORD:

**NOTICE IS HEREBY GIVEN** that on February 14, 2011 at 10:00 a.m. or as soon thereafter as counsel may be heard by the above-entitled Court, located at 312 North Spring Street, Los Angeles, CA 90012 in the courtroom of the Hon. Dean D. Pregerson, Plaintiff will and hereby does move the Court for an order dismissing Defendant's counterclaim.

This motion is brought on the following grounds: This court should decline to exercise supplemental jurisdiction over Defendant's counterclaim because of the strong policy behind

1
Plaintiff's Notice and Motion to DismissDefendant'sCounterclaim

1  the Rosenthal Fair Debt Collection Practices Act and the potential that Defendant's
2  counterclaim may substantially predominate over the original claim and well-developed body
3  of case-law dismissing such counterclaims.
4       This motion is based on this Notice of Motion and Motion, the Memorandum of Points
5  and Authorities filed herewith, the pleadings and papers on file herein, and upon such other
6  matters as may be presented to the Court at the time of the hearing.
7       This motion is made following the conference of counsel pursuant to L.R. 7-3 which
8  took place on January 7, 2011.

                              GOLDEN & CARDONA-LOYA, LLP


DATED:  January 13, 2011         BY:     /s/ Jeremy S. Golden
                                         Jeremy S. Golden
                                         Attorney for Plaintiff