Jeremy S. Golden (SBN 228007)
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
jeremy@goldencardona.com
Phone: 619-476-0030; Fax: 775-898-5471
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH A. MARCHAND, an individual, | ) Case No.:  CV10-9805-DDP (JCx) |
| | ) |
| Plaintiff | ) **[Proposed]Order Granting Plaintiff's** |
| | ) **Motion to Dismiss Defendant's** |
| v. | ) **Counterclaim** |
| | ) |
| CHASE BANK USA, N.A.; et al, | ) Date:   February 14, 2011 |
| | ) Time:   10:00 a.m. |
| Defendants. | ) Courtroom: 3 – 2nd Floor |
| | ) |
| | ) |
| | ) **The Hon. Dean D. Pregerson** |
| | ) |

Plaintiff's Motion to Dismiss Defendant's Counterclaim came before me on February 14, 2011 at 10:00 a.m.  The parties were represented and notice was proper. Based upon the motion, points and authorities, declaration, arguments of counsel, and good cause, IT IS HEREBY ORDERED that Defendant's Counterclaim be dismissed.

IT IS SO ORDERED.

DATED: _____          BY: _____
                                            UNITED STATES DISTRICT COURT JUDGE