# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 10-09805 DDP (JCx) | Date | March 7, 2011 |
| Title | KENNETH A. MARCHAND -V- CHASE BANK USA, N.A., a corporation | | |

Present: The Honorable   DEAN D. PREGERSON, U.S. DISTRICT JUDGE

| John A. Chambers | Maria Bustillos | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

Jeremy S. Golden - **telephonic**   Andrew James Cho

Proceedings:

MOTION TO DISMISS CASE COUNTERCLAIM FILED BY PLAINTIFF KENNETH A. MARCHAND
(FILED ON 01-13-11 / DOCKET NUMBER 7)

Court hears oral argument and takes the matter under submission.

|  | 0 0 | : | 05 |
|---|---|---|---|
|  | Initials of Preparer | | JAC |